# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 12, 2019

**By ECF**

The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Tonja Lewis, et al.*
     19 Cr. 789 (PGG)

Dear Judge Gardephe:

  I am the attorney for the defendant Tonja Lewis in the above-referenced matter. Ms. Lewis was arraigned on the instant indictment on November 7, 2019 and an initial conference has been set for November 15, 2019. The purpose of this letter is to respectfully request that my co-counsel, Michael Sporn, stand in for me at the upcoming conference, as I have a conflict in the Eastern District of New York. My client agrees to this arrangement.

                  Very truly yours,

                  *William J. Stampur*
                  William J. Stampur

cc: All Counsel (By ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul A Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 13, 2019

WS/Lewis/Ltr to Judge/Stand-in