UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

- v. -

ANTHONY ROSE,
    a/k/a "Todd Chambers,"
JELANI WRAY,
    a/k/a "Lani,"
    a/k/a "J.R.,"
NATHANIEL COLES,
    a/k/a "Nat,"
TARA ROSE,
    a/k/a "Christine Waters,"
    a/k/a "Christine Hinds,"
    a/k/a "Taylor Hinds,"
ANTHONY ROSE, Jr.,
    a/k/a "Sean Wells,"
CHRISTINA GARCIA,
    a/k/a "Cindy,"
LUIS VILELLA,
    a/k/a "Angel Martinez,"
LEON BLUE,
    a/k/a "Boochie,"
CLARENCE FACEY,
    a/k/a "Face"
ANA RIVERA,
    a/k/a "Melissa Ramos,"
DEJAHNEA BROWN,
    a/k/a "Michelle Williams,"
TONYA THOMAS,
    a/k/a "Karen Schwartz,"
ANGELA MELECIO,
    a/k/a "Angie,"
    a/k/a "P2,"
STEPHANIE PASCAL,
    a/k/a "Steph,"
    a/k/a "P5,"
MAKEBA SIMMONS,
EDWARD ABAYEV,
    a/k/a "Eddie,"
GRACIELA BORRERO,

**ORDER**

19 Cr. 789 (PGG)

```
                a/k/a "Grace,"
                a/k/a "P8,"
BARRINGTON REID,
                a/k/a "P9,"
TONJA LEWIS,
                a/k/a "J1,"
RAYMOND PARKER,
                a/k/a "Andre,"
                a/k/a "J2,"
BERLISA BRYAN,
                a/k/a "Lisa,"
ANGELA MYERS,
                a/k/a "Angie,"
LATIFAH ABDUL-KHALIQ,
SHAKEEMA FOSTER,
KOURTNEI WILLIAMS,
MAKKAH SHABAZZ,
                a/k/a "Mecca," and
YANIRIS DELEON
                a/k/a "Jen,"

                                    Defendants.
```

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that Anthony Ricco be appointed as CJA counsel for Defendant Latifah Abdul-Khaliq in the above-captioned matter.

It is further ORDERED that Jesse Siegel be appointed as CJA counsel for Defendant Kourtnei Williams in the above-captioned matter.

Dated: New York, New York
       November 15, 2019          SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge