# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 6, 2020

**By ECF/Hand**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: March 10, 2020

Re:  *United States v. Anthony Rose*, **19 Cr. 789 (PGG)**

Dear Judge Gardephe:

With the consent of the Government and Pretrial Services Officer John Moscato, I write to request a number of temporary modifications to Mr. Rose's travel restrictions.

On February 19, 2020, the Court granted Mr. Rose's request to travel to North Carolina from February 22-24 and South Carolina from March 7-9 in order to attend weekend-long trainings hosted by Ethnicity Hair Collection (EHC), a company with which he has worked for several years. These trainings were the first in a series of annual two-day trainings that EHC hosts throughout the Southeast. I now write to request approval for eight more trainings over the next six months:

- March 21-22, 2020 in Raleigh, North Carolina
- April 4-5, 2020 in Columbia, South Carolina
- April 18-19, 2020 in Charleston, South Carolina
- May 2-3, 2020 in Greensboro, North Carolina
- May 16-17, 2020 in Virginia Beach, Virginia
- May 30-June 2, 2020 in Orlando, Florida
- June 6-7, 2020 in Savannah, Georgia
- August 8-9, 2020 in Atlanta, Georgia

Each trip will involve air travel between New York and Charlotte, North Carolina and car travel from Charlotte to the location of the training.

Hon. Paul G. Gardephe  
United States District Judge

February 12, 2020  
Page 2

Re: *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

    Mr. Rose's first authorized trip, from February 22-24, 2020 took place without issue. Accordingly, both Pretrial and the Government consent to this request. Thank you for your consideration.

                                     Respectfully submitted,

                                     /s/ Ariel Werner  
                                     Ariel Werner  
                                     Assistant Federal Defender  
                                     212.417.8770  
                                     ariel_werner@fd.org

cc: Mathew Andrews, Esq.  
    Louis Pellegrino, Esq.  
    Pretrial Officer John Moscato