**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 31, 2020

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: September 1, 2020

Re: *United States v. Tonja Lewis*
19 Cr. 789 (PGG)

Dear Judge Gardephe:

My client, Tonja Lewis, respectfully requests a variance of her present pretrial travel restrictions-which are the Southern District of New York, the Eastern District of New York and New Jersey, where she resides, to allow her to travel to the Marriott Hotel, located at 2001 Washington Street, Roxbury MA 02119, from Thursday, September 17, 2020 until Wednesday, September 23, 2020, to celebrate her anniversary.

AUSA Louis Pellegrino and USPTO's Luis Baez and Natasha Ramesar have no objection to this request.

Very truly yours,

William J. Stampur

cc: AUSA Louis Pellegrino
    USPTO Luis Baez
    USPTO Natasha Ramesar