# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

September 9, 2020

**By ECF**  
Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

MEMO ENDORSED

The application is granted.

SO ORDERED.

*[signature]*

Paul G. Gardephe  
United States District Judge  
September 10, 2020

    Re:    *United States v. Tonja Lewis,* **19 Cr. 789 (PGG)**

Dear Judge Gardephe:

    On September 1, 2020, the Court granted a prior travel request which now has been changed. My client, Tonja Lewis, respectfully requests a variance of her present pretrial travel restrictions - which are the Southern District of New York, the Eastern District of New York, and New Jersey, where she resides - to allow her to travel to Kissimmee, Florida, via Continental Airlines, leaving Sunday, September 13, and returning Monday, September 21, 2020.

    Ms. Lewis will first be staying at Orange Lake Resort, 8505 W Irlo Bronson Memorial Hwy, Kissimmee, FL 34747 from September 13 until September 16, and then at Westgate Vacation Villas, 7700 Westgate Blvd., Kissimmee, FL 34747, from September 17 until September 21, 2020.

    AUSA Louis Pellegrino and USPTO's Luis Baez and Natasha Ramesar have no objection to this request. Ms. Lewis acknowledges that she will need to quarantine upon her return for 14 days due to the COVID-19 pandemic.

Very truly yours,

*William J. Stampur*

William J. Stampur

cc:    AUSA Louis Pellegrino, USPTO Luis Baez,  
        USPTO Natasha Ramesar