```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :Docket# 1:19-cr-00789-PGG-1
    -against-                       :   ORDER
                                    :
Anthony Rose                        :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

Paul G. Gardephe, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include travel restricted to the Southern District of New York, Eastern District of New York, and District of New Jersey.

    Dated: New York, New York
          January  22 , 2021

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge