**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2021

*By ECF*

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: June 17, 2021

Re:   *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

      I represent Anthony Rose, and write on consent (Assistant U.S. Attorney Louis Pellegrino and Pretrial Services Officer Courtney DeFeo) to respectfully request that the Court modify Mr. Rose's travel restrictions to allow him to travel on the dates specified below for business. Specifically, Mr. Rose has worked for several years in the business of selling natural hair for Ethnicity Hair Collections (EHC), and there is a tour during the second half of this year with trainings and conferences in the Southeastern United States and Puerto Rico. The Court has previously authorized Mr. Rose to travel on similar business trips. *See*, *e.g.*, Dkt. Nos. 200, 213, 249, 289, and 334.

      Mr. Rose seeks permission to travel for the following events:

- July 3-5, 2021: Puerto Rico
- July 24-26, 2021: Columbia, SC
- August 14-16, 2021: Myrtle Beach, SC
- August 27-40, 2021: New Orleans, LA
- September 18-20, 2021: Savannah, GA
- October 23-25, 2021: Greenville, NC
- November 20-22, 2021: Raleigh, NC
- December 18-20, 2021: Charlotte, NC

Thank you for your consideration of this request.

Honorable Paul G. Gardephe  Page 2
June 14, 2021

Re:   *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

                                  Respectfully submitted,

                                  /s/
                                  Martin S. Cohen
                                  Ass't Federal Defender
                                  (212) 417-8737

Cc:   Louis Pellegrino, Esq., by ECF
      U.S. Pretrial Services Officer Courtney DeFeo