**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> **MEMO ENDORSED:**
> The Defendant's application to travel to Miami, FL from November 11, 2021 to November 14, 2021, to Las Vegas, NV from December 31, 2021 to January 2, 2022, and to Greensboro, NC from January 14, 2022 to January 17, 2022, is granted. In light of the trial in this case scheduled for January 24, 2022, the remainder of Defendant's travel application is denied without prejudice.
>
> SO ORDERED.
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe
> United States District Judge
> Dated: October 20, 2021

Re: *United States v. Anth[ony Rose]*

Dear Judge Gardephe:

I write to respectfully request [modification of Mr. Rose]'s travel restrictions to allow him to att[end events] hosted by Ethnicity Hair Collections (EHC[, as he has done] for several years. The Court has authorized Mr. Rose's out-of-state travel for a number of prior EHC events. See ECF No. 200; ECF No. 213; ECF No. 249; ECF No. 289; ECF No. 337; ECF No. 401. Pretrial Services and the Government take no position regarding this request.

Mr. Rose seeks permission to travel for the following events:

- 11/11/21 – 11/14/21: Miami, FL
- 12/31/21 – 1/2/22: Las Vegas, NV
- 1/14/22 – 1/17/22: Greensboro, NC
- 1/27/211 – 1/31/22: Colorado
- 2/11/22 – 2/14/22: Orlando, FL
- 2/26/22 – 2/28/22: Columbia, SC
- 3/11/22 – 3/14/22: Pittsburgh, PA
- 3/26/22 – 3/28/22: Fayetteville, NC
- 4/9/22 – 4/11/22: Miami, FL
- 4/23/22 – 4/25/22: Charleston, SC
- 5/7/22 – 5/9/22: Washington, DC
- 5/21/22 – 5/23/22: Charlotte, NC
- 6/4/22 – 6/6/22: Virginia Beach, VA
- 6/18/22 – 6/20/22: Myrtle Beach, SC

Thank you for your consideration of this request.

                         Respectfully submitted,

                         /s/ Ariel Werner
                         Ariel Werner, Esq.
                         Assistant Federal Defender
                         (212) 417-8770

cc:   Mathew Andrews, Assistant U.S. Attorney
       Louis Pellegrino, Assistant U.S. Attorney
       Courtney DeFeo, U.S. Pretrial Officer