

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2021

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Anthony Rose et al.,*
                 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    Enclosed as Exhibit A is a letter from Allstate Insurance Co. withdrawing its request for restitution against defendants Edward Abayev, Yaniris DeLeon, and Stephanie Pascal.

                             Respectfully submitted,

                             DAMIAN WILLIAMS
                             United States Attorney

                By:    /s/ *Mathew Andrews*
                        MATHEW ANDREWS
                        LOUIS A. PELLEGRINO
                        STEPHANIE SIMON
                        Assistant United States Attorneys
                        Tel.   (212) 637-6526
                        Mathew.andrews@usdoj.gov

**MEMO ENDORSED**:
Docket Numbers 603, 604, and 605 are withdrawn.

SO ORDERED.

*[signature: Paul G. Gardephe]*

_____
Paul G. Gardephe
United States District Judge
Dated: December 9, 2021

# EXHIBIT A



KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Shauna L. Sullivan**
Shareholder
Admitted in Massachusetts, Michigan, New York,
Connecticut Federal Court, and New Jersey
ssullivan@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214   FAX 617.774.1714

December 3, 2021

**VIA ELECTRONIC MAIL**
Department of Justice
US Attorney's Office
Attn: Mathew Andrews
300 Quarropas Street
White Plains, NY 10601
mathew.andrews@usdoj.gov

Re:   *United States v. Anthony Rose, et al.*
      U.S.D.C. for the Southern District of New York
      Criminal No.: 1:19-cr-00789-PGG

Dear Counsel:

Kindly be advised that Allstate Insurance Company and its affiliates respectfully withdraw the below-referenced Victim Impact Statements that were electronically filed on November 30, 2021:

1. Victim Impact Statement as to Edward Abayev (Docket No. 603);
2. Victim Impact Statement as to Yaniris Deleon (Docket No. 604); and
3. Victim Impact Statement as to Stephanie Pascal (Docket No. 605).

Thank you for your attention to the foregoing. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

*/s/ Shauna L. Sullivan*

Shauna L. Sullivan