**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 17, 2022

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Re: *United States v. Anthony Rose*, 19 Cr. 789 (PGG)   Dated: June 23, 2022

Dear Judge Gardephe:

I write to respectfully request that the Court modify Anthony Rose's travel restrictions to allow his attendance at several business-related trainings and conferences over the next six months. Since his release on bail in this case, Mr. Rose has traveled numerous times in connection with his work, always without incident. *See, e.g.*, ECF No. 200, 213, 289, 337, 401, 556, 667.

Mr. Rose now requests the Court's permission to travel for work-related trainings and conferences on the following dates:

- 7/2/22 – 7/5/22: New Orleans, LA
- 7/14/22 – 7/18/22: Los Angeles, CA
- 7/29/22 – 8/1/22: Atlanta, GA and Charlotte, NC
- 8/12/22 – 8/15/22: Hilton Head, SC and Charlotte, NC
- 8/26/22 – 8/29/22: Miami, FL
- 9/16/22 – 9/19/22: Houston, TX
- 9/23/22 – 9/26/22: Raleigh and Charlotte, NC
- 10/14/22 – 10/17/22: Orlando, FL
- 10/21/22 – 10/24/22: Knoxville, TN and Charlotte, NC
- 11/4/22 – 11/7/22: Columbia, SC and Charlotte, NC
- 11/18/22 – 11/21/22: Washington, DC and Charlotte, NC
- 12/2/22 – 12/5/22: Charlotte, NC
- 12/16/22 – 12/19/22: Dallas, TX

Pretrial Services and the Government take no position on this request. Thank you for considering it.

                                           Respectfully submitted,

                                           /s/ Ariel Werner
                                           Ariel Werner, Esq.
                                           Assistant Federal Defender
                                           (212) 417-8770

cc:   Mathew Andrews, Assistant U.S. Attorney
       Louis Pellegrino, Assistant U.S. Attorney
       Shannon Finneran, U.S. Pretrial Officer