UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      - v. -

ANTHONY ROSE,
    a/k/a "Todd Chambers,"

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that a conference will take place in this matter on **January 10, 2023 at 2:00 p.m.** in courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          January 5, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge