UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

          - v. -

ANTHONY ROSE,
          a/k/a "Todd Chambers,"

                        Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for January 10,

2023 is adjourned to **January 18, 2023 at 10:00 a.m.**

Dated: New York, New York
       January 9, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge