**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 31, 2023

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Anthony Rose*, **19 Cr. 789 (PGG)**

Dear Judge Gardephe:

I write without objection from Pretrial Services or the Government to respectfully request that the Court modify Anthony Rose's travel restrictions to allow his attendance at several business-related trainings and conferences over the next two months. Since his release on bail in this case, Mr. Rose has traveled numerous times in connection with his work. *See, e.g.*, ECF No. 200, 213, 289, 337, 401, 556, 667, 892. Mr. Rose now requests the Court's permission to travel for work-related trainings and conferences on the following dates:

- 6/8/2023 – 6/11/2023: St. Croix, USVI
- 6/16/2023 – 6/19/2023: Rock Hill, SC
- 6/23/2023 – 6/24/2023: Gastonia, NC
- 7/21/2023 – 7/24/2023: Long Beach, CA

As previously noted, neither Pretrial Services nor the Government objects to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Assistant Federal Defender
(212) 417-8770

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

c: ...ouis Pellegrino, Assistant U.S. Attorneys
   ...etrial Officer Assistant

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: June 6, 2023