**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 12, 2023

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Anthony Rose*, **19 Cr. 789 (PGG)**

Dear Judge Gardephe:

    I write with consent from Pretrial Services and without objection from the Government to respectfully request that the Court modify Anthony Rose's travel restrictions to allow his attendance at a business-related conference in St. Croix from July 21 to July 24, 2023. Since his release on bail in this case, Mr. Rose has traveled numerous times in connection with his work. *See, e.g.*, ECF No. 200, 213, 289, 337, 401, 556, 667, 892, 952.

    As previously noted, neither Pretrial Services nor the Government objects to this request. Thank you for considering it.

                                             Respectfully submitted,

                                             /s/ Ariel Werner
                                             Ariel Werner, Esq.
                                             Assistant Federal Defender
                                             (212) 417-8770

cc:  Mathew Andrews and Louis Pellegrino, Assistant U.S. Attorneys
      U.S. Pretrial Services

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 14, 2023