**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 1, 2023

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I write with the consent of Pretrial Services and without objection from the Government to respectfully request that the Court modify Anthony Rose's travel restrictions to allow his attendance at four business-related trainings and conferences over the next several months. Since his release in this case, Mr. Rose has traveled numerous times in connection with his work. *See, e.g.*, ECF No. 200, 213, 289, 337, 401, 556, 667, 892, 952. Mr. Rose now requests the Court's permission to travel on the following dates:

- 8/25/2023 – 8/27/2023: Key West, FL
- 9/22/2023 – 9/24/2023: Myrtle Beach, SC
- 10/20/2023 – 10/22/2023: Fayetteville, NC
- 11/17/2023 – 11/19/2023: Orlando, FL

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Assistant Federal Defender
(212) 417-8770

cc: Mathew [illegible] Pellegrino, Assistant U.S. Attorneys
    U.S.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: August 3, 2023