# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2024

**By ECF and Email**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    ***United States v. Anthony Rose***, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

     I write to respectfully request permission for Anthony Rose to travel from North Carolina to New York from Wednesday, May 22 through Friday, May 24, 2024 to attend a cousin's funeral. The Government has no objection to this request. Pretrial Services in the Western District of North Carolina objects to the request and notes that it typically opposes requests to travel for funerals other than those of immediate family.

     I apologize for submitting this request on an urgent basis. Thank you for considering it.

                                     Respectfully submitted,

                                     /s/ Ariel Werner
                                   Ariel Werner, Esq.
                                   Assistant Federal Defender
                                   (212) 417-8770

cc:     Mathew Andrews, Assistant U.S. Attorney

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe* (signature)
Paul G. Gardephe, U.S.D.J.

Dated: May 20, 2024