# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 19, 2024

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: June 21, 2024

**By ECF and Email**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New Yorksdny#12345
40 Foley Square
New York, NY 10007

Re:   *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

I write to respectfully request permission for Anthony Rose to travel for two upcoming professional obligations. The Government has no objection to either trip. Mr. Rose's Pretrial Services officer in the Western District of North Carolina has stated that he does "not approve" the travel but has yet to respond to an inquiry as to the reason for his objection.

First, Mr. Rose seeks permission to travel to New Jersey and New York City from June 23 to June 25, 2024 to work as a driver for a summit attended by NFL players. Mr. Rose would help transport attendees from Newark, JFK, and LaGuardia airports to their hotel, between the hotel and summit events, and then back to the airports. Although we understand the terms of Mr. Rose's bail to allow travel to the District of New Jersey and the Southern and Eastern Districts of New York, we make this request because Mr. Rose's Pretrial Services Officer takes the position that trips to those districts nonetheless require Court approval.

Second, Mr. Rose seeks permission to visit Virginia Beach, VA from July 4 to July 6, 2024 for a conference of the beauty and haircare training company he runs with his wife. As the Court is aware, Mr. Rose has undertaken numerous trips for this purpose while under Pretrial Supervision, always without incident.

Thank you for your consideration of these requests.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Assistant Federal Defender
(212) 417-8770

cc:   Mathew Andrews, Assistant U.S. Attorney