# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

―――――――――――――――――――――――――――――

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

August 2, 2024

**By ECF and Email**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New Yorksdny#12345
40 Foley Square
New York, NY 10007

Re:   *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

I write to respectfully request permission for Anthony Rose to travel for several upcoming professional conferences in connection with the beauty and haircare training company he runs with his wife. The Government has no objection. Mr. Rose's Pretrial Services officer in the Western District of North Carolina has stated that he does not approve of Mr. Rose's out-of-district business travel and feels that he should work to seek more employment opportunities "within district." As the Court is aware, Mr. Rose has undertaken numerous trips for this purpose since the earliest days of his case, while under Pretrial Supervision, always without incident.

Mr. Rose seeks permission to travel as follows:

- Virginia Beach, VA, August 16-18, 2024
- St. Thomas, U.S. Virgin Islands, August 24-26, 2024
- New York, NY, August 31 – September 2, 2024
- Atlanta, GA, September 27-29, 2024
- Los Angeles, CA, October 4-7, 2024

Thank you for your consideration of these requests.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Assistant Federal Defender
(212) 417-8770

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe* (signature)

Paul G. Gardephe, U.S.D.J.

Date: August 5, 2024

cc:   Mathew Andrews, Assistant U.S. Attorney