UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANTHONY ROSE,

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Sentencing is scheduled for **March 3, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. The Probation Department is directed to prepare a presentence report. Defendant's sentencing submissions are due on **February 10, 2025**. The Government's sentencing submission is due on **February 18, 2025**.

Dated: New York, New York
       December 10, 2024

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge