# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2025

**By ECF and Email**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

I write to respectfully request permission for Anthony Rose to travel on two occasions this month.

First, Mr. Rose seeks permission to travel to New York next week from April 9-11, 2025, to address a traffic ticket. Neither the Government nor Pretrial Services objects to this travel.

Next, Mr. Rose seeks permission to travel to Miami from April 16-18, 2025, for a professional conference. This conference was originally scheduled for February 14-17, 2025, and the Court granted Mr. Rose permission to attend it on those dates. ECF No. 1002. It has been rescheduled for later this month. The Government has no objection to this request. Mr. Rose's Pretrial Services Officer in the Western District of North Carolina continues to object to the out-of-district business travel. As the Court is aware, Mr. Rose has taken numerous business trips since the earliest days of his case while under Pretrial Supervision, always without incident.

Thank you for your consideration of these requests.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Assistant Federal Defender
(212) 417-8770

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: April 8, 2025

cc:   Mathew Andrews, Assistant U.S. Attorney

Note: The Defendant's application to travel to New York from April 9-11, and to Miami from April 16-18, are both granted.