UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    -against-

ANTHONY ROSE,

              Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of the Defendant shall take place on **May 27, 2025 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submission on behalf of the Defendant is due **May 13, 2025**, and any response by the Government is due **May 20, 2025**.

Dated: New York, New York
       April 25, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge