UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
UNITED STATES OF AMERICA
                                               :   CONSENT PRELIMINARY ORDER
        - v. -                                     OF FORFEITURE/
                                               :   <u>MONEY JUDGMENT</u>
ANTHONY ROSE,
                                               :   S1 19 Cr. 789 (PGG)
                Defendant.
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, on or about November 17, 2021, ANTHONY ROSE (the "Defendant") was charged in seven counts of an Information, S1 19 Cr. 789 (PGG) (the "Information"), with Conspiracy to Commit Travel Act Bribery, in violation of Title 18, United States Code, Section 371 (Count One); Wrongful Disclosure of Individually Identifiable Healthcare Information, in violation of Title 42, United States Code, Section 1320d-6 (Count Two); Federal Programs Bribery, in violation of Title 18, United States Code, Section 666 (Count Three); Conspiracy to Commit Health Care Fraud, in violation of Title 18, United States Code, Section 1349 (Count Four); Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A (Count Five); Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956 (Count Six); and Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g) (Count Seven);

    WHEREAS, the Information included, *inter alia*, a forfeiture allegation as to Counts One to Four and Six of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) of any and all property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Counts One to Four and Six of the Information that the Defendant personally obtained;

WHEREAS, on or about November 17, 2021, the Defendant pled guilty to the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One to Four and Six of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), a sum of money representing the amount of proceeds traceable to the commission of the offense charged in Counts One to Four and Six of the Information, that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $168,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Counts One to Four and Six of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Counts One to Four and Six of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney; Assistant United States Attorney, Mathew Andrews, of counsel; and the Defendant, and his counsel, Ariel Werner, Esq., that:

1.  As a result of the offense charged in Counts One to Four and Six of the Information, to which the Defendant pled guilty, a money judgment in the amount of $168,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Counts One to Four and Six of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ANTHONY ROSE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, 26 Federal Plaza, 37th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____/s/_____   _____
    MATHEW ANDREWS                     DATE
    Assistant United States Attorney
    (212) 637-6526

By: _____[signature]_____   __5/27/25__
    ANTHONY ROSE                       DATE

By: _____[signature]_____   __5/27/2025__
    ARIEL WERNER, ESQ.                 DATE
    Attorney for Defendant

SO ORDERED:

____[signature]_____   __May 27, 2025__
HONORABLE PAUL G. GARDEPHE            DATE
UNITED STATES DISTRICT JUDGE