# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2025

**By ECF and Email**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Anthony Rose*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

I write without objection from the Government to respectfully request permission for Anthony Rose to travel to New York to be deposed in a civil case. The deposition is Monday, June 16. He would like to travel to New York Friday, June 13 so that he can also spend Father's Day with his son and return to North Carolina on Tuesday, June 17.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Assistant Federal Defender
(212) 417-8770

cc:   Mathew Andrews, Assistant U.S. Attorney

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.

Date: June 11, 2025